IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Opitz, Renee

Printed: 9/3/08

Case Number: 05 B 02808
Judge: Wedoff, Eugene R

Filed: 1/28/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 19, 2008
Confirmed: March 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 47,834.00 |  |
| Secured: |  | 42,568.12 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,000.00 |
| Trustee Fee: |  | 2,265.88 |
| Other Funds: |  | 2,000.00 |
| Totals: | 47,834.00 | 47,834.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Defenders, P.C. | Administrative | 1,000.00 | 1,000.00 |
| 2. | Lighthouse Financial Group | Secured | 0.00 | 0.00 |
| 3. | Wachovia Mortgage | Secured | 36,829.72 | 30,510.02 |
| 4. | Wachovia Mortgage | Secured | 22,741.71 | 12,058.10 |
| 5. | Lighthouse Financial Group | Unsecured | 3,442.14 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 525.21 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 520.43 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 511.35 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 575.45 | 0.00 |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | Action Card | Unsecured |  | No Claim Filed |
| 12. | Citgo Petroleum Corp | Unsecured |  | No Claim Filed |
| 13. | Household Bank (SB) N A | Unsecured |  | No Claim Filed |
| 14. | Kia Financial Services | Unsecured |  | No Claim Filed |
| 15. | Safeco Insurance | Unsecured |  | No Claim Filed |
| 16. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 17. | Safeco Insurance | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 66,146.01 | $ 43,568.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 236.80 |
| 3% | 48.00 |
| 5.5% | 715.00 |
| 4.8% | 807.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Opitz, Renee

Printed: 9/3/08

Case Number:  05 B 02808
Judge:  Wedoff, Eugene R
Filed:  1/28/05

5.4%             459.00
                 _____
                 $ 2,265.88

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____